# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 20-266 |
| | : | |
| **DAVID WYCHE** | : | |

## ORDER

**AND NOW,** upon consideration of Defendant David Wyche's Motion for Reconsideration of Pretrial Detention and exhibit (ECF Nos. 13 and 14), and the Government's Response in Opposition (ECF No. 17), it is hereby **ORDERED** that Defendant's Motion for Reconsideration (ECF No. 13) is **DENIED.**

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**